IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE :     MARCIA CARTER     :     CASE NO: 5:23-BK-00992
                                                   :     CHAPTER: 13
              DEBTOR     :

## MOTION TO VACATE ORDER DISMISSING CASE AND TO RE-INSTATE CASE

1. Debtors filed a Voluntary Petition in Bankruptcy under Chapter 13 on May 3, 2023 at the above docket number.

2. On or about June 2, 2023, this Honorable Court entered an Order extending time for Debtor to file his Statements and Schedules until June 15, 2020.

3. On or about June 14, 2023, counsel for Debtor filed all Debtor's statements and schedules, with the exception that counsel inadvertently failed to file Debtors' paystubs.

4. On or about June 21, 2023, this case was dismissed for the failure of Debtor to comply with the order of June 2, 2023, for failure to file Debtor's paystubs..

5. Due to inadvertence of counsel for Debtor, the paystubs were not filed on a timely basis. Debtor's counsel practices bankruptcy primarily in the Eastern District of Pennsylvania,

6 The required paystubs are in counsel's possession and can be filed immediately upon the relief requested being granted.

7. There is good cause for vacating the Order dated June 21, 2023 and re-instating the within case.

WHEEREORE, Debtors pray this Honorable Court enter an Order vacating the Order dismissing this case dated June 21, 2023 and re-instating the within case.

Respectfully submitted,

McLAUGHLIN & GLAZER

Date: June 26, 2023

/s/ Robert Glazer
Robert Glazer, Esquire
Attorney for Debtor
Attorney ID No. 30234
26 N. Third Street
Easton, PA 18042
(610) 258-5609